UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

CONTAINER WORLD FORWARDING
SERVICES, INC.,

          Plaintiff,

    - against -

M/V RANGE and
A.P. Moller-Maersk A/S,

          Defendants.

- - - - - - - - - - - - - - - - - -x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/22/08

**ORDER**

07 Civ. 7076 (DC)

**CHIN, D.J.**

    Plaintiff commenced this action on August 9, 2007 by filing a complaint, at which time a summons was issued. More than 120 days have elapsed since the action was commenced, and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice unless plaintiff, within thirty days from the date of this order, that is, on or before February 21, 2008, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted. See Fed. R. Civ. P. 4(m).

    SO ORDERED.

Dated:    New York, New York
           January 22, 2008

                                  DENNY CHIN
                                  United States District Judge