**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CONTAINER WORLD FORWARDING
SERVICES INC.

        Plaintiff,

- against -

M/V RANGE etc et al.

        Defendants
------------------------------------------------------------X

07 Civ. 7076 (DC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       January 29, 2008
       176-20

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

                 By: _____
                          Martin F. Casey (MFC-1415)
                          317 Madison Avenue, 21st Floor
                          New York, New York 10017
                          (212) 286-0225

SO ORDERED:

_____
U.S.D.J.

2/4/08